C. Lee Havey, receiver, &c., respondent,

*v.*

Alfred Hofman et al., appellants.

[Decided May 11th, 1938.]

*Messrs. Pitney, Hardin & Skinner,* for the respondent.

*Mr. David Stoffer,* for the appellants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis and reported in *121 N. J. Eq. 523.*

*For affirmance*—Parker, Case, Bodine, Donges, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Walker, JJ. 12.

*For reversal*—None.